| ATTORNEY OR PARTY WITHOUT ATTORNEY:<br>Jeffrey A. Miller<br>ORRICK, HERRINGTON & SCTCLIFFE LLP<br>100 Marsh Rd.<br>Menlo Park, CA 94025<br><br>TELEPHONE NO.: (650) 614-7400<br><br>ATTORNEY FOR: | *FOR COURT USE ONLY* |
|---|---|
| U.S. DISTRICT COURT OF CALIFORNIA, COUNTY OF NORTHERN DISTRICT | |
| PLAINTIFF: UPEK, INC.<br>DEFENDANT: NELDON P. JOHNSON | CASE NUMBER:<br>07-05474 |
| **PROOF OF SERVICE** | Ref. No. or File No.:<br>23040-1 |

1. I am over 18 years of age and not a party to this action.

2. Received by ANDERSON PROCESS SERVICES, L.C. on 10/29/2007 at 10:56 am to be served on **NELDON P. JOHNSON, 4035 SO. 4000 WEST, DELTA, UT 84624-7989.**

3. **Individually Served** the within named person with a true copy of the **SUMMONS, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE & ADR DEADLINES, STANDING ORDER, CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-16 & FED. R. CIV. P.7.1(a) and COMPLAINT, JURY TRIAL DEMAND** with the date and hour endorsed thereon by me, pursuant to state statutes.

4. Date and Time of service:   10/29/2007 at 8:30 pm

5. Additional Information pertaining to this service:

   SERVED 10-29, 8:30P

6. My name, address, telephone number, and, if applicable, county of registration and number are:
   Name: Heidi A. Anderson
   Firm: ANDERSON PROCESS SERVICES, L.C.
   Address: 230 West 200 South, Suite 2302, Salt Lake City, UT 84101
   Telephone number: (801) 619-1110
   Registration Number: Process Server
   County: All Areas
   The fee for the service was:

7. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

| Heidi A. Anderson | ▶ *Heidi Anderson* |
|---|---|
| (TYPE OR PRINT NAME OF PERSON WHO SERVED THE PAPERS) | (SIGNATURE OF PERSON WHO SERVED THE PAPERS) |

**PROOF OF SERVICE**                                        Job Number 2007003749