1  DARRYL M. WOO (CSB NO. 100513)
     dwoo@fenwick.com
2  HEATHER MEWES (CSB NO. 203690)
     hmewes@fenwick.com
3  RYAN J. MARTON (CSB NO. 223979)
     rmarton@fenwick.com
4  BRYAN A. KOHM (CSB NO. 233276)
     bkohm@fenwick.com
5  FENWICK & WEST LLP
   555 California Street, 12th Floor
6  San Francisco, CA 94104
   Telephone:   (415) 875-2300
7  Facsimile:   (415) 281-1350

8  Attorneys for Defendant
   NELDON P. JOHNSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UPEK, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>NELDON P. JOHNSON, an individual,<br><br>Defendant. | Case No. C-07-05474 EDL<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

Plaintiff UPEK, Inc. ("UPEK") and Defendant Neldon P. Johnson, by and through counsel, hereby represent to the Court as follows:

1. WHEREAS, on February 7, 2006, International Automated Systems, Inc. ("IAS") filed a complaint for infringement of U.S. Patent No. 5,598,474 ("the '474 patent") in the United States District Court for the District of Utah against IBM, IBM Corporation, IBM Personal Computing Division, Lenovo (United States) Inc., and Lenovo Group Ltd;

2. WHEREAS, on Mach 28, 2006, UPEK, Inc. ("UPEK") filed a complaint for declaratory judgment of non-infringement and invalidity of the '474 patent in the United States District Court for the Northern District of California against IAS;

3. WHEREAS, on April 17, 2006, IAS filed an Amended Complaint in the Utah action, naming UPEK as a defendant;

4. WHEREAS, on July 21, 2006, United States District Judge Breyer transferred the action filed by UPEK against IAS in California to the District of Utah;

5. WHEREAS, on October 26, 2007, UPEK filed a motion to dismiss due to lack of subject matter jurisdiction in the Utah action contending that Defendant Neldon Johnson, not IAS, is the rightful owner of the '474 patent;

6. WHEREAS, on October 26, 2007, UPEK also filed a complaint for declaratory judgment of non-infringement and invalidity of the '474 patent in the pending action against Defendant Neldon Johnson;

7. WHEREAS, a hearing on UPEK's motion to dismiss in the Utah action is scheduled for December 10, 2007; and

8. WHEREAS, the parties have agreed to extend Defendant Neldon P. Johnson's time to answer or otherwise respond to the complaint filed in this action until fourteen (14) days after a ruling on UPEK's motion to dismiss due to lack of subject matter jurisdiction is entered by the court in the Utah action.

THEREFORE, the parties hereby stipulate and agree that Defendant Neldon P. Johnson's time to answer or otherwise respond to the complaint filed in this action shall be extended until fourteen (14) days after a ruling on UPEK's motion to dismiss due to lack of subject matter

1 | jurisdiction is entered by the court in the Utah action.

2 | Dated: November 19, 2007        FENWICK & WEST LLP

4 | By: /s/ Darryl Woo /BAK/
    Darryl M. Woo

6 | Attorneys for Defendant
    NELDON P. JOHNSON

8 | Dated: November 23, 2007        ORRICK, HERRINGTON & SUTCLIFFE LLP

10 | By: /s/ Jeffrey A. Miller
     Jeffrey A. Miller, Esq.

11 | Attorneys for Plaintiff
     UPEK, INC.