JEFFREY A. MILLER (STATE BAR NO. 160602)
SUGITHRA SOMASEKAR (STATE BAR NO. 247924)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

Attorneys for Plaintiff
UPEK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UPEK, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>Neldon P. Johnson,<br><br>Defendant. | CASE NO.: C 07 05474 EDL<br><br>**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING PURSUANT TO LR 3-13**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff UPEK, Inc ("UPEK"), pursuant to Rule 3-13 of the Local Rules of the United States District Court for the Northern District of California, hereby gives notice of the following action or proceeding pending in the United States District Court for the District of Utah: *International Automated Systems, Inc., v. IBM, IBM Corporation, IBM Personal Computing Division, Lenova (United States) Inc., Upek, Inc., and John Does 1-20*, Case No. 2:06CV00115 BSJ ("prior action").

The two cases are related because both cases involve the same patent, United States Patent No. 5,598,474 (the "'474 patent") and substantially the same parties. In the prior action, Plaintiff International Automated Systems ("IAS") alleged that certain products of defendants, including UPEK's products, infringed the '474 patent. IAS also alleged that it was the owner of the '474

patent, pursuant to assignment from the patentee Neldon P. Johnson. IAS's claims against all defendants except UPEK were stayed pending resolution of IAS's claims against UPEK.

UPEK has filed a motion to dismiss the prior action for lack of subject matter jurisdiction, alleging that IAS lacked standing to bring the prior action because the '474 patent was not assigned to IAS by Neldon Johnson. In addition to being the patentee of the '474 patent, Neldon P. Johnson is also the President and Chief Executive Officer of IAS.

A copy of IAS's Amended Complaint in the prior action, UPEK's Answer and Counterclaim to IAS's Amended Complaint, and UPEK's motion to dismiss the prior action are attached as Exhibits A, B, and C to this notice.

ORRICK, HERRINGTON & SUTCLIFFE LLP

Dated: December 5, 2007

_____
Jeffrey A. Miller
Attorneys for Plaintiff
UPEK, Inc.