# EXHIBIT C

MAX D. WHEELER (3439)
JOSEPH P. BARRETT (8088)
P. MATTHEW COX (9879)
SNOW, CHRISTENSEN & MARTINEAU
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, UT 84145
Telephone:   (801) 521-9000
Facsimile:   (801) 363-0400

JEFFREY A. MILLER (Admitted *Pro Hac Vice*)
SUGITHRA SOMASEKAR (Admitted *Pro Hac Vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:   (650) 614-7400
Facsimile:   (650) 614-7401

Attorneys for Defendant
UPEK, INC.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| INTERNATIONAL AUTOMATED SYSTEMS, INC.,<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>IBM; IBM CORPORATION; IBM PERSONAL COMPUTING DIVISION; LENOVO (UNITED STATES) INC.; LENOVO GROUP LTD.; UPEK, INC.; and JOHN DOES 1-20,<br><br>Defendants and Counterclaimants. | Case Number:   2:06CV00115BSJ<br><br>UPEK'S MOTION TO DISMISS DUE TO LACK OF SUBJECT MATTER JURISDICTION<br><br>DEMAND FOR JURY TRIAL<br><br>Hon. Bruce S. Jenkins |
|---|---|

Defendant UPEK, Inc ("UPEK") moves the Court to dismiss this lawsuit because discovery has revealed that Plaintiff International Automated Systems, Inc. ("IAS") has never owned the sole patent-in-suit, U.S. Patent No. 5,598,474 (the "'474 patent) and therefore did not own the '474 patent on February 7, 2006, the date the complaint in this action was filed.

1

Because IAS did not own the '474 patent on the day the lawsuit was filed, IAS did not have constitutional standing to bring suit, meaning the Court never had subject matter jurisdiction. Because there was no subject matter jurisdiction, the lawsuit must be dismissed.

This motion is accompanied by a supporting memorandum that explains more fully the grounds for this motion. In making this motion, UPEK further relies upon the pleadings in this case and the Declaration of Jeffrey A. Miller attached to its supporting memorandum.

## ORAL ARGUMENT REQUESTED

Should the Court determine that oral argument would assist it in understanding the issues presented by this motion, UPEK respectfully requests, pursuant to DUCivR 7-1(f), that oral argument be conducted at a date and time to be noticed by the Clerk of the Court.

ORRICK, HERRINGTON & SUTCLIFFE LLP

Dated: October 26, 2007      By:   /s/ Jeffrey A. Miller
                                   Jeffrey A. Miller, Esq.
                                   Attorneys for Defendant UPEK, Inc.

MAX D. WHEELER (3439)
JOSEPH P. BARRETT (8088)
P. MATTHEW COX (9879)
SNOW, CHRISTENSEN & MARTINEAU
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, Utah 84145
Telephone: (801) 521-9000