JEFFREY A. MILLER (STATE BAR NO. 160602)
SUGITHRA SOMASEKAR (STATE BAR NO. 247924)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

Attorneys for Plaintiff
UPEK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UPEK, INC., a Delaware corporation, | CASE NO.: C 07 05474 EDL |
|---|---|
| Plaintiff, | **MOTION AND [PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| Neldon P. Johnson, | Judge: Honorable Elizabeth D. Laporte |
| Defendant. | |

Plaintiff UPEK, Inc. respectfully requests the Court to dismiss all claims in this Action without prejudice. Defendant has not yet filed an answer or otherwise responded to this Action.

Respectfully submitted,

JEFFREY A. MILLER
ORRICK, HERRINGTON & SUTCLIFFE LLP

Dated: December 18, 2007

/s/ Jeffrey A. Miller
Jeffrey A. Miller
Attorneys for Plaintiff UPEK, Inc.

1   IT IS SO ORDERED.

4   Dated: _____

_____
Honorable Elizabeth D. Laporte
United States Magistrate Judge