JEFFREY A. MILLER (STATE BAR NO. 160602)
SUGITHRA SOMASEKAR (STATE BAR NO. 247924)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:    650-614-7400
Facsimile:    650-614-7401

Attorneys for Plaintiff
UPEK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UPEK, INC., a Delaware corporation, | CASE NO.: C 07 05474 EDL |
| Plaintiff, | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| v. | Judge:   Honorable Elizabeth D. Laporte |
| Neldon P. Johnson, | |
| Defendant. | |

PLEASE TAKE NOTICE that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiff UPEK, Inc. dismisses the above-captioned action without prejudice. Defendant has not yet filed an answer or otherwise responded to this Action.

Respectfully submitted,

JEFFREY A. MILLER
ORRICK, HERRINGTON & SUTCLIFFE LLP

Dated:  December 19, 2007

/s/ Jeffrey A. Miller
Jeffrey A. Miller
Attorneys for Plaintiff UPEK, Inc.